IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TRACY LYNN FULTON,<br><br>    Plaintiff,<br><br>v.<br><br>WEST COAST LIFE INSURANCE COMPANY; CRUMP LIFE INSURANCE SERVICES, INC.; LIFESOURCE – A CRUMP COMPANY; and GARY S. DERING, individually and as an employee of LIFESOURCE – A CRUMP COMPANY and CRUMP INSURANCE SERVICES, INC. and as an Agent of WEST COAST LIFE INSURANCE COMPANY, CRUMP INSURANCE SERVICES, INC., and LIFESOURCE – A CRUMP COMPANY,<br><br>    Defendant. | 2:09-cv-02015-JPM-tmp |

**REMAND**

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiff's Motion to Remand to the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis and Order Remanding Case (Docket Entry 106), this case is REMANDED to the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, Shelby County, Tennessee.

APPROVED:

s/ Jon P. McCalla_____
CHIEF U.S. DISTRICT JUDGE
December 29, 2011_____
Date